**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| OHIO SECURITY INSURANCE COMPANY a/s/o SKYWAYS PETROLEUM LLC DBA COMFORT INN & SUITES, | ) ) ) ) | CASE NO. 5:24-cv-267 |
| PLAINTIFF, | ) ) ) | JUDGE SARA LIOI |
| vs. | ) ) ) | JUDGMENT ENTRY |
| BRAKEFIRE, INCORPORATED DBA SILCO FIRE & SECURITY, | ) ) ) ) | |
| DEFENDANT. | ) | |

For the reasons set forth in the contemporaneously filed memorandum opinion and order, the motion of Brakefire, Incorporated dba Silco Fire & Security for judgment on the pleadings (Doc. No. 11) is granted, and this case is dismissed.

**IT IS SO ORDERED.**

Dated: June 3, 2024

**HONORABLE SARA LIOI**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**